IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


UNITED STATES OF AMERICA,
                    Plaintiff,

v.                                                      Civil No.  07-2124

ONE 1998 CHRYSLER VAN,
VIN# 1C4GT64L4WB613233,

AND

$8,500.06 IN U.S. CURRENCY,
                    Defendants.


## CONSENT DECREE OF FORFEITURE

On October 31, 2007, a Verified Complaint of Forfeiture was filed on behalf of the plaintiff, United States of America, against the defendant vehicle and currency.  The complaint alleges that the vehicle and currency were used  in violation of an illegal gambling business as defined in 18 U.S.C. § 1955(a) and (b).

It appearing that process was fully issued in this action and returned according to law:

1.  That pursuant to a Warrant of Arrest issued by the Court, the United States Marshal for this district seized said vehicle and currency on December 19, 2007.

2.  On December 19, 2007, Kenneth Henderson and Susan Henderson received personal service by the United States Marshal's Service.

3.  On January 18, 2008, a Verified Statement of Interest and Answer were filed on behalf of Kenneth Henderson and Susan Henderson.

4.  On March 23, 30, and April 6,  2008, notice of this action was published in the Times Record.

5.  The defendant property is more particularly described as:

One 1998 Chrysler Van, VIN# 1CGT64L4WB613233,
and
$8,500.06 in U.S. currency.

IT IS HEREBY ORDERED, DECREED, and ADJUDGED that:

(1)  Pursuant to the agreement of the parties, the defendant vehicle  is to be returned to the claimants.

(2)  The defendant $8,500.06  in United States currency is hereby forfeited to the United States to be disposed of according to law.

(3) The parties are to bear their own costs.  The storage costs of the vehicle are to be paid by the United States.

(4) Pursuant to 28 U.S.C. § 2465, reasonable cause existed for the seizure of the defendant vehicle and currency.

IT IS SO ORDERED this 4th day of November, 2008.


    /s/ Jimm Larry Hendren   
HONORABLE JIMM LARRY HENDREN
APPROVED:                    CHIEF U.S. DISTRICT JUDGE

**/s/David R. Ferguson, Assistant United States**
David R. Ferguson, Assistant United States
Attorney for Plaintiff, United of America

**/s/J. Marvin Honeycutt, Attorney for Claimants,**
James Henderson and Susan Henderson
J. Marvin Honeycutt, Attorney for Claimants,
James Henderson and Susan Henderson


**/s/James Henderson, Claimant**
James Henderson, Claimant

**/s/Susan Henderson, Claimant**
Susan Henderson, Claimant